# Court of Appeals
# of the State of Georgia

ATLANTA, _____July 22, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1883.  FRANKLIN D. DUNN et al. v. STATES RESOURCES CORP.**

States Resources Corp. obtained a default judgment against Mark Hardy. Hardy later moved for relief from the judgment under OCGA § 9-11-60 (d). The trial court denied the motion, and Hardy filed this direct appeal. An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Hardy's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* _07/22/2014_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*